# EXHIBIT A

# EXHIBIT A

