# EXHIBIT C

# EXHIBIT C

# Assignment Details
# 22764-896: ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Date Recorded | Reel/Frame | Pages |
|---|---|---|
| Jun 2, 2009 | 22764-896 | 2 |

## Assignor

**WANG, CALVIN S.** May 21, 2009

## Assignee

**ADVANCE TUNER WAREHOUSE INC.**
13668 VALLEY BLVD., UNIT F-1
CITY OF INDUSTRY, CALIFORNIA UNITED STATES OF AMERICA 91746

## Correspondent

**ALBERT O. COTA**
5460 WHITE OAK AVENUE
A-331
ENCINO, CALIFORNIA 91316

# Properties (1 total)

| Title | Application | Publication | Patent | International Registration Number | PCT |
|---|---|---|---|---|---|
| **LOCKABLE STEERING WHEEL QUICK-RELEASE UNIT** <br> Inventors: Calvin S. Wang | **11398865** <br> Apr 7, 2006 | | **7527293** <br> May 5, 2009 | | |