**EXHIBIT D**

**EXHIBIT D**

# Abstract of Title for **Application 11398865**

Invention Title:
LOCKABLE STEERING WHEEL QUICK-RELEASE UNIT

Inventors:
Calvin S. Wang

| Application | Publication | Patent |
|---|---|---|
| **11398865** <br> Apr 7, 2006 | | **7527293** <br> May 5, 2009 |

International Registration Number                    PCT Number

Reel/Frame
**22764-896**

Execution Date                                        Date Recorded
May 21, 2009                                          Jun 2, 2009

Properties          Pages
1                   2

**ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).**

**Assignor**
**WANG, CALVIN S.**    May 21, 2009

**Assignee**

**ADVANCE TUNER WAREHOUSE INC.**

13668 VALLEY BLVD., UNIT F-1

CITY OF INDUSTRY, CALIFORNIA UNITED STATES OF AMERICA 91746

**Correspondent**

**ALBERT O. COTA**

5460 WHITE OAK AVENUE

A-331

ENCINO, CALIFORNIA 91316