# EXHIBIT E

# EXHIBIT E

