**EXHIBIT F**

**EXHIBIT F**

