# EXHIBIT G

# EXHIBIT G

