# EXHIBIT H

# EXHIBIT H

# US TECHNOLOGY PROJECT SDN BHD

NO.4, JALAN PERMAS 9/10, BANDAR BARU PERMAS JAYA, 81750 MASAI, JOHOR MALAYSIA.
Tel : +607-388 1811    Fax : +607-387 2884
Email : info@works-engineering.com
GST No. : 000511746048

Co No. : 731826-K

## COMMERCIAL INVOICE

TO : **G DORRIS**
4827 PEACOCK AVE,
22304 ALEXANDRIA,
VIRGINIA UNITED STATES.
ATTN : G DORRIS
TEL : 7038693573
Email : superhighperformance@gmail.com

NO. : U1510051
DATE : Oct. 13, 2015
P/O NUMBER : -
PAYMENT TERM : PAYPAL
VESSEL / AIRCRAFT : TNT EXPRESS
AIR WAY BILL NO : GD291226202WW
PAGE NO : 1 of 1

| Packing | Description | Quantity | Unit Price MYR | Disc | Amount MYR |
|---|---|---|---|---|---|
| Ctn # 01/01　Dims : 17*14*9 cm　Weight : 0.50 kgs | **AUTO PARTS**　WORKS STEERING WHEEL SLIM BOSS HUB (03) | 1 PCS | 299.00 | - | 299.00 |

SAY TOTAL RINGGIT MALAYSIA : TWO HUNDRED NINETY NINE ONLY.

| E.& O.E　SAY TOTAL PACKING : ONE (01) BOX ONLY.　TOTAL WEIGHT : 0.50 KGS. | Total Item : | 1 | Subtotal : | MYR | 299.00 |
|---|---|---|---|---|---|
| | | | Discount : | 0.0% | - |
| | | | **NET TOTAL :** | **MYR** | **299.00** |

ISSUED BY
US TECHNOLOGY PROJECT SDN BHD

AUTHORISED SIGNATURE