**EXHIBIT I**

**EXHIBIT I**

## Merritt R. Blakeslee

**From:** consignment.notification@tnt.com
**Sent:** Tuesday, October 13, 2015 01:43 AM
**To:** allyn@works-engineering.com; superhighperformance@gmail.com; kaiseng@works-engineering.com
**Subject:** TNT Consignment Notification for 291226202



Dear Customer,

US TECHNOLOGY PROJECT SDN BHD has arranged a shipment for you.

The shipment will be collected from them on October 13, 2015 and has **TNT consignment number: 291226202**.

Do you want to follow your package?

Track your shipment

SHIPMENT DETAILS OVERVIEW:

**From**
US TECHNOLOGY PROJECT SDN BHD
No.4, Jalan Permas 9/10
Bandar Baru Permas Jaya
Johor
MASAI

81750
MY

**To**
G DORRIS
4827 PEACOCK AVE

ALEXANDRIA
VA
22304
US

**Pieces** : 1
**Weight** : 0.5 KG
**Shipment reference** : U1510051
**Description** : AUTO PARTS

1

Find out more about the many ways TNT helps you to **track and send your shipment**



◎ Go to TNT.com

---

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure.
If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system.
If you are not the intended recipient you must not copy this message or attachment or disclose the contents to any other person.

Please consider the environmental impact before printing this document and its attachment(s).
Print black and white and double-sided where possible.

---