# EXHIBIT L

# EXHIBIT L

**EZAlibaba.com** | Products ⌄ | What are you looking for | 🔍 Search | Get Quotations ⌄

About 619 results  Auto Lighting System (26)

Home > Products > Automobiles & Motorcycles > Auto Steering System (103005)

Multi-Language Sites ⌄



Q See larger image

### Steering Wheel Quick Release

FOB Price   **Get Latest Price**
Payment Terms   L/C,T/T,Paypal

Quantity    — 1 +    Acre/Acres ⌄

Please write your requirement here

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours

☑ I agree to share my Business Card to the supplier

✉ **Contact supplier**    💬 **Leave Messages**

🛒 Add to Inquiry Cart    ⭐ Add to My Favorites

**Unverified Supplier** -
Vroomfaster.com
Malaysia | Contact Details

Experience
Established 2006

✔ Not exactly what you want?
1 request,multiple quotations
Get Quotations Now >>

**You May Like:**


OT-48 Steering Wheel Hub Boss Kit For Camry

Steering Wheel PVC/ PU/GENUINE
50 Piece/Pieces

Long Life Easy Installation With the Horn Button
US $10 - 100 /
Piece
1 Piece/Pieces

**SOURCE WITH QUALITY SUPPLIERS**
Free one-on-one service

Source Now »

---

**Product Details** | **Company Profile**                                       ⚠ Report Suspicious Activity

### Quick Details
Brand Name                                                         Works Engineering

### Packaging & Delivery
Delivery Detail:   Depends on order volume

### Specifications

Vroomfaster.com brings to you all types of superior performance parts such as fuel rail kits, air filter, pulleys, body kits etc

Works Engineering Steering Wheel Quick Release Hub. It has a polished black on black colour with easy to install design.

Made with high precision CNC machined aluminium pieces with ball bearing release mechanism. This kit are designed to integrate with any well known 6 hole hub adapters, and will accept all popular aftermarket steering wheels.

Quick Release Feature allows you to remove the steering wheel from your car in just a second and acts as a great anti-theft measure to discourage any car thief.

**Vroomfaster.com** is committed to provide total customer satisfaction with a wide range of superior products at an affordable price.

We deal with a wide list of performance parts:
-ADJUSTABLE CAM GEARS
-FUEL RAIL KITS
-FUEL PRESSURE REGULATORS
- FUEL PRESSURE REGULATOR  BRACKET
-WATER TEMP SENSOR ATTACHMENTS
-OIL COOLER KIT
-SILICONE VACUUM HOSES
-MAGNETIC OIL SUMP NUTS
-OIL SENSOR ATTACHMENT
-RACING POWER STEERING TANK
-FUEL SURGE TANK
-BOOST CONTROLLERS
-PLUS THROTTLE BODY
-AIR FILTERS FOR DIFFERENT CAR MODELS
-BODY KITS
AND EVEN SO MANY MORE.
**Do contact us for more information or to acquire product catalouge.**

Also, kindly contact us also for your needs of:
- sourcing of goods(auto parts, performance parts, accessories)
- arranging payments and goods collections/delivery
- Export and logistics services.

Best regards,
Vroomfaster.com Sales Liaison Team

✔ Not exactly what you want? 1 request,multiple quotations **Get Quotations Now >>**

---

### Send your message to this supplier

To:  John Lai

▲Message:  Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

For better quotations, include:
- A self introduction
- Special requests, if any
View Sample

Your message must be between 20-8000 characters

Quantity:  Please enter a number    Acre/Acres ⌄

☑ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours.   ✔AliSourcePro

☑ I agree to share my **Business Card** to the supplier.

**Send**