# EXHIBIT M

# EXHIBIT M

## Works Engineering

**Booth:** 73002

Masai
MALAYSIA

www.works-engineering.com

Add to MyExpo

### Company Profile

Works Engineering is a manufacturer specializing in high end quality Japanese imports tuning/performance parts and accessories. It has established itself as a leading brand in the tuning and racing scene in the South East Asia region, and has expanded into Australian, Thailand, Indonesian, South African and Canadian markets in the recent years.

### Categories

- Accessories
  - Exterior
  - Interior
- Apparel
- Brake Systems
- Chassis Components
- Chemicals/Lubricants/Oil
- Electrical Systems
  - Rotating Electrical, Ignition
- Engines/Engine Components
- Exhaust Systems, Emissions Controls
- Filters
  - Air, Cabin, Fuel, Oil
- Fuel Systems
- Hardware & Fasteners
- Safety Equipment
- Steering Components
- Tires
  - Accessories
- Transmissions & Parts

### Contacts

**Shaun Teo, Owner / Manager**

**Jesse Ollivier, Owner / Manager**

### Product Showcase

**GTR Transmission Oil Pan**

**Guages (Boost, OT, OP, FP, WT, EGT)**

**Fuel Pressure Regulator (Stage 1 and Stage 2)**

**Racing Oil Cooler Kit**

**Steering Flip Up Hub and Quick Release**

Close

